UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMEL TUCKER,<br><br>                       Plaintiff,<br><br>      -against-<br><br>MAYOR ERIC ADAMS, ET AL,<br><br>                      Defendants. | 23-CV-8909 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 7, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 7, 2023
             New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                               Chief United States District Judge